# EXHIBIT A

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
11/08/2024
CT Log Number 547738039

## Service of Process Transmittal Summary

**TO:** Laura Aznavoorian, Litigation Supervisor
Gallagher Bassett Services, Inc.
1411 OPUS PL STE 400
DOWNERS GROVE, IL 60515-1481

**RE:** **Process Served in California**

**FOR:** Costco Wholesale Corporation (Domestic State: WA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: AMANDA MARCEAUX // To: Costco Wholesale Corporation |
| **CASE #:** | CIVSB2428699 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **PROCESS SERVED ON:** | C T Corporation System, GLENDALE, CA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 11/08/2024 at 14:19 |
| **JURISDICTION SERVED:** | California |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 11/08/2024, Expected Purge Date: 11/23/2024<br><br>Image SOP<br><br>Email Notification, Laura Aznavoorian laura_aznavoorian@gbtpa.com<br><br>Email Notification, Maureen Papier maureen_papier@gbtpa.com<br><br>Email Notification, Derek Snead dsnead@costco.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>330 N BRAND BLVD<br>STE 700<br>GLENDALE, CA 91203<br>866-401-8252<br>LargeCorporationTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:** Fri, Nov 8, 2024
**Server Name:** DROP SERVICE

| | |
|---|---|
| Entity Served | COSTCO WHOLESALE CORPORATION |
| Case Number | CIVSB2428699 |
| Jurisdiction | CA |

| Inserts | | |
|---|---|---|
| | | |

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
OCT 07 2024
BY Jordyn Drake, Deputy

**NOTICE TO DEFENDANT:**
***(AVISO AL DEMANDADO):***
COSTCO WHOLESALE CORPORATION; COSTCO WHOLESALE MEMBERSHIP; INC.; COSTCO; ROSA ROJAS; AND DOES 1-100, inclusive.

**YOU ARE BEING SUED BY PLAINTIFF:**
***(LO ESTÁ DEMANDANDO EL DEMANDANTE):*** AMANDA MARCEAUX

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

***¡AVISO!*** *Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Civil Division of the San Bernardino District, 247 West 3rd St, San Bernardino, CA 92415-0210 (located in the San Bernardino Justice Center)

CASE NUMBER:
*(Número del Caso):*
CIV SB 2428699

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
LAW OFFICES OF FRANK C. LUCKENBACHER, 22048 SHERMAN WAY, SUITE 304, CANOGA PARK, CA 91303 (818) 932-9000

DATE: *(Fecha)* OCT 07 2024 Clerk, by *(Secretario)* Jordyn Drake, Deputy *(Adjunto)*

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010)).*

[SEAL]

COPY

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☑ on behalf of *(specify):* Costco Wholesale Corporation

under: ☑ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☐ other *(specify):*

4. ☑ by personal delivery on *(date):* 11-8-24

PLD-PI-001

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY STATE BAR NUMBER: 69141<br>NAME: Frank C. Luckenbacher, Esq.<br>FIRM NAME: LAW OFFICES OF FRANK C. LUCKENBACHER<br>STREET ADDRESS: 22048 Sherman Way, Suite 304<br>CITY: Canoga Park STATE: CA ZIP CODE: 91303-3011<br>TELEPHONE NO.: 818/932-9000 FAX NO.: 818/226-0022<br>EMAIL ADDRESS: LUCKLAW@SBCGLOBAL.NET<br>ATTORNEY FOR (name): Plaintiff, Amanda Marceaux | FOR COURT USE ONLY<br><br>FILED<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SAN BERNARDINO<br>OCT 07 2024<br>BY Jordyn Drake, Deputy |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Bernardino<br>Street Address: 247 West 3rd Street<br>Mailing Address: 247 West 3rd Street<br>City and Zip Code: San Bernardino, CA 92415-0210<br>Branch: Civil Division of the San Bernardino District | |
| PLAINTIFF: Amanda Marceaux<br>DEFENDANT: Costco Wholesale Corporation; Costco Wholesale Membership, Inc.; Costco; Rosa Rojas; and<br>[X] DOES 1 TO 100, Inclusive. | |
| COMPLAINT—Personal Injury, Property Damage, Wrongful Death<br>[ ] AMENDED (Number):<br>Type (check all that apply):<br>[ ] MOTOR VEHICLE [X] OTHER (specify): Premises Liability<br>[ ] Property Damage [ ] Wrongful Death<br>[X] Personal Injury [ ] Other Damages (specify): | CASE NUMBER:<br><br>CIV SB 2428699 |
| Jurisdiction (check all that apply):<br>[ ] ACTION IS A LIMITED CIVIL CASE (does not exceed $35,000)<br>Amount demanded [ ] does not exceed $10,000<br>[ ] exceeds $10,000<br>[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $35,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint<br>[ ] from limited to unlimited<br>[ ] from unlimited to limited | |

1. **Plaintiff** *(name or names)*: Amanda Marceaux
   alleges causes of action against defendant *(name or names)*:
   Costco Wholesale Corporation, Costco Wholesale Membership, Inc., Costco; Rosa Rojas; and DOES 1-100, Inclusive.
2. This pleading, including attachments and exhibits, consists of the following number of pages: 8
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California.
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:
   b. [ ] except plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California.
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

4. [ ] Plaintiff *(name)*:
is doing business under the fictitious name *(specify)*:

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

a. [x] except defendant *(name)*: Costo Wholesale Corporation
   (1) [x] a business organization, form unknown.
   (2) [x] a corporation.
   (3) [x] an unincorporated entity *(describe)*:
   (4) [ ] a public entity *(describe)*:
   (5) [x] other *(specify)*:
   Unknown at this time. Will amend when known.

b. [x] except defendant *(name)*: Costco
   (1) [x] a business organization, form unknown.
   (2) [x] a corporation.
   (3) [x] an unincorporated entity *(describe)*:
   (4) [ ] a public entity *(describe)*:
   (5) [x] other *(specify)*:
   Unknown at this time. Will amend when known.

c. [x] except defendant *(name)*: Costco Wholesale Membership, Inc.
   (1) [x] a business organization, form unknown.
   (2) [x] a corporation.
   (3) [x] an unincorporated entity *(describe)*:
   (4) [ ] a public entity *(describe)*:
   (5) [x] other *(specify)*:
   Unknown at this time. Will amend when known.

d. [ ] except defendant *(name)*:
   (1) [ ] a business organization, form unknown.
   (2) [ ] a corporation.
   (3) [ ] an unincorporated entity *(describe)*:
   (4) [ ] a public entity *(describe)*:
   (5) [ ] other *(specify)*:

[ ] Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.

a. [x] Doe defendants *(specify Doe numbers)*: 1 - 100 were the agents or employees of other named defendants and acted within the scope of that agency or employment.

b. [x] Doe defendants *(specify Doe numbers)*: 1 - 100 are persons whose capacities are unknown to plaintiff.

7. [ ] Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:

8. This court is the proper court because

a. [ ] at least one defendant now resides in its jurisdictional area.

b. [ ] the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.

c. [x] injury to person or damage to personal property occurred in its jurisdictional area.

d. [ ] other *(specify)*:

9. [ ] Plaintiff is required to comply with a claims statute, and

a. [ ] has complied with applicable claims statutes, or

b. [ ] is excused from complying because *(specify)*:

PLD-PI-001

| SHORT TITLE: MARCEAUX v. COSTCO WHOLESALE CORPORATION , et al. | CASE NUMBER: CIV SB 2428699 |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   a. [ ] Motor Vehicle
   b. [x] General Negligence
   c. [ ] Intentional Tort
   d. [ ] Products Liability
   e. [x] Premises Liability
   f. [ ] Other *(specify):*

11. Plaintiff has suffered *(check all that apply)*
   a. [x] wage loss.
   b. [ ] loss of use of property.
   c. [x] hospital and medical expenses.
   d. [x] general damage.
   e. [ ] property damage.
   f. [x] loss of earning capacity.
   g. [x] other damage *(specify):*
   As the Court deems just and proper.

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. [ ] listed in Attachment 12.
   b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) [x] compensatory damages.
   (2) [ ] punitive damages.
   b. The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
   (1) [x] according to proof.
   (2) [ ] in the amount of: $

15. [ ] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: October 2, 2024

FRANK C. LUCKENBACHER, ESQ.
(TYPE OR PRINT NAME)

Frank C. Luckenbacher, Esq.
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(2)

| SHORT TITLE: MARCEAUX v. COSTCO WHOLESALE CORPORATION, et al. | CASE NUMBER: CIV SB 2428699 |
| --- | --- |

FIRST (number) **CAUSE OF ACTION—General Negligence** Page 4

ATTACHMENT TO [x] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: AMANDA MARCEAUX

alleges that defendant *(name)*: COSTCO WHOLESALE CORPORATION; COSTCO WHOLESALE MEMBERSHIP, INC.,; COSTCO; ROSA ROJAS; and

[x] Does 1 to 100

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date)*: October 15, 2022

at *(place)*: 16505 Sierra Lakes Parkway, Fontana, CA 92336

*(description of reasons for liability)*:

As summarized in the Costco Incident Report attached hereto as Exhibit 1 referred to herein and incorporated as if fully set forth, on October 15, 2022, Plaintiff, Amanda Marceaux (PLAINTIFF), was shopping at Costco Wholesale, located at 16505 Sierra Parkway, Fontana, CA, Store No. 627 ("PROPERTY"). While she was waiting in the checkout line sitting in a Costco disability scooter, a Costco employee, Doe 1, came through the line in a negligent manner while pushing a heavy tall pallet full of Costco merchandise, and struck PLAINTIFF'S knee, causing injury.

Defendants, Costco Wholesale Corporation, Costco Wholesale Membership, Inc., Costco, Rosa Rojas, and DOES 1 to 100, inclusive, ("DEFENDANTS") including DEFENDANTS' respective employees and agents whose identities are as yet unknown, owned/leased/occupied/controlled its PROPERTY where PLAINTIFF was struck in the knee with a pallet of Costco merchandise. The PROPERTY was a commercial business that was open to the public, and was in an unreasonably dangerous condition, including without limitation the negligent hiring, managing, training and supervision of Rosa Rojas, Doe 1 and other employees, and the negligent acts of employee, Doe 1. PLAINTIFF was using the premises reasonably as a customer in the manner intended. DEFENDANTS knew or should have known of this dangerous condition and failed to warn and protect members of the public and customers, including PLAINTIFF, from said dangerous condition. DEFENDANTS and DOES 1 to 100, inclusive, are liable for PLAINTIFF'S injuries due to their failure to train, manage, control and supervise their employees, and for the negligent acts of employees, Rosa Rojas, and DOES 1 to 100, inclusive.

DEFENDANTS and DOES 1 to 100, inclusive, and each of them knew, or should have known by the exercise of reasonable care, of the existence of the dangerous condition and failed to take reasonable measures to eliminate said dangerous condition and the source of said dangerous condition and to warn or guard against said dangerous condition, resulting in personal injuries and damages to PLAINTIFF, Amanda Marceaux.

PLD-PI-001(4)

| SHORT TITLE: MARCEAUX v. COSTCO WHOLESALE CORPORATION, et al. | CASE NUMBER: CIV SB 2428699 |
|---|---|

Second (number) **CAUSE OF ACTION—Premises Liability** Page 5

ATTACHMENT TO [x] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* Amanda Marceaux

alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.

On *(date):* October 15, 2022 plaintiff was injured on the following premises in the following fashion *(description of premises and circumstances of injury):*

See Attachment Prem L1-L3

Prem.L-2. [x] **Count One—Negligence** The defendants who negligently owned, maintained, managed and perated the described premises were *(names):*
Costco Wholesale Corporation; Costco Wholesale Membership, Inc.; Costco; Rosa Rojas; Doe 1 and

[x] Does 1 to 100, inclusive

Prem.L-3. [ ] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):*

[ ] Does ______ to ______

Plaintiff, a recreational user, was [ ] an invited guest [ ] a paying guest.

Prem.L-4. [ ] ***Count Three—Dangerous Condition of Public Property*** *The defendants who owned public property on which a dangerous condition existed were (names):*

[ ] Does ______ to ______

a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.

b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5.a. [x] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*

[x] Does 1 to 100, inclusive

b. [x] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are [ ] described in attachment Prem.L-5.b [x] as follows *(names):*
Costco Wholesale Corporation; Costco Wholesale Membership, Inc.; Costco; Rosa Rojas; and DOES 1-100, inclusive.

MC-025

| SHORT TITLE: | CASE NUMBER: |
| --- | --- |
| MARCEAUX v. COSTCO WHOLESALE CORPORATION, et al. | CIV SB 2428699 |

**ATTACHMENT** *(Number)*: Prem L1-L3

*(This Attachment may be used with any Judicial Council form.)*

As summarized in the Costco Incident Report attached hereto as Exhibit 1 referred to herein and incorporated as if fully set forth, on October 15, 2022, Plaintiff, Amanda Marceaux (PLAINTIFF), was shopping at Costco Wholesale, located at 16505 Sierra Parkway, Fontana, CA, Store No. 627 ("PROPERTY"). While she was waiting in the checkout line sitting in a Costco disability scooter, a Costco employee, Doe 1, came through the line in a negligent manner while pushing a heavy tall pallet full of Costco merchandise, and struck PLAINTIFF'S knee, causing injury.

Defendants, Costco Wholesale Corporation, Costco Wholesale Membership, Inc., Costco, Rosa Rojas, and DOES 1 to 100, inclusive, ("DEFENDANTS") including DEFENDANTS' respective employees and agents whose identities are as yet unknown, owned/leased/occupied/controlled its PROPERTY where PLAINTIFF was struck in the knee with a pallet of Costco merchandise. The PROPERTY was a commercial business that was open to the public, and was in an unreasonably dangerous condition, including without limitation the negligent hiring, managing, training and supervision of Rosa Rojas, Doe 1 and other employees, and the negligent acts of employee, Doe 1. PLAINTIFF was using the premises reasonably as a customer in the manner intended. DEFENDANTS knew or should have known of this dangerous condition and failed to warn and protect members of the public and customers, including PLAINTIFF, from said dangerous condition. DEFENDANTS and DOES 1 to 100, inclusive, are liable for PLAINTIFF'S injuries due to their failure to train, manage, control and supervise their employees, and for the negligent acts of employees, Rosa Rojas, and DOES 1 to 100, inclusive.

DEFENDANTS and DOES 1 to 100, inclusive, and each of them knew, or should have known by the exercise of reasonable care, of the existence of the dangerous condition and failed to take reasonable measures to eliminate said dangerous condition and the source of said dangerous condition and to warn or guard against said dangerous condition, resulting in personal injuries and damages to PLAINTIFF, Amanda Marceaux.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*



Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT to Judicial Council Form**

www.courtinfo.ca.gov

CM-010

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
Frank C. Luckenbacher. Esq. SBN: 69141
LAW OFFICES OF FRANK C. LUCKENBACHER, 22048 Sherman Way, Suite 304
Canoga Park, CA 91303-3011
TELEPHONE NO.: 818/932-9000 FAX NO.: 818/226-0022
EMAIL ADDRESS LuckLaw@SBCGlobal.net
ATTORNEY FOR *(Name):* Plaintiff, AMANDA MARCEAUX

*FOR COURT USE ONLY*

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
OCT 07 2024
BY Jordyn Drake, Deputy

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
STREET ADDRESS: 247 West 3rd Street
MAILING ADDRESS: 247 West 3rd Street
CITY AND ZIP CODE: San Bernardino, CA 92415-0210
BRANCH NAME Civil Division of the San Bernardino District

CASE NAME:
MARCEAUX v. COSTCO WHOLESALE CORPORATION, et al.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [x] Unlimited (Amount demanded exceeds $35,000) [ ] Limited (Amount demanded is $35,000 or less) | [ ] Counter [ ] Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | CIVSB 2428699<br>JUDGE:<br>DEPT. |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [x] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition *(not specified above)* (43)

2. This case [ ] is [x] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply):* a. [x] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action *(specify):* TWO (1: General Negligence & 2: Premises Liability)
5. This case [ ] is [x] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: October 2, 2024
FRANK C. LUCKENBACHER, ESQ. ▶ Frank C. Luckenbacher, Esq.
(TYPE OR PRINT NAME) (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.



Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. January 1, 2024]

CIVIL CASE COVER SHEET

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courts.ca.gov

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
- **Auto (22)–Personal Injury/Property Damage/Wrongful Death**
- Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
- Asbestos (04)
  - Asbestos Property Damage
  - Asbestos Personal Injury/ Wrongful Death
- Product Liability *(not asbestos or toxic/environmental)* (24)
- Medical Malpractice (45)
  - **Medical Malpractice–** Physicians & Surgeons
- Other Professional Health Care Malpractice
- Other PI/PD/WD (23)
  - Premises Liability (e.g., slip and fall)
  - Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  - Intentional Infliction of Emotional Distress
  - Negligent Infliction of Emotional Distress
  - Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
- Business Tort/Unfair Business Practice (07)
- Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
- Defamation (e.g., slander, libel) (13)
- Fraud (16)
- Intellectual Property (19)
- Professional Negligence (25)
  - Legal Malpractice
  - Other Professional Malpractice *(not medical or legal)*
- Other Non-PI/PD/WD Tort (35)

**Employment**
- Wrongful Termination (36)
- Other Employment (15)

**Contract**
- Breach of Contract/Warranty (06)
  - Breach of Rental/Lease
    - Contract *(not unlawful detainer or wrongful eviction)*
  - **Contract/Warranty Breach–Seller** Plaintiff *(not fraud or negligence)*
  - Negligent Breach of Contract/ Warranty
  - Other Breach of Contract/Warranty
- Collections (e.g., money owed, open book accounts) (09)
  - **Collection Case–Seller Plaintiff**
  - Other Promissory Note/Collections Case
- Insurance Coverage *(not provisionally complex)* (18)
  - Auto Subrogation
  - Other Coverage
- Other Contract (37)
  - Contractual Fraud
  - Other Contract Dispute

**Real Property**
- Eminent Domain/Inverse Condemnation (14)
- Wrongful Eviction (33)
- Other Real Property (e.g., quiet title) (26)
  - Writ of Possession of Real Property
  - Mortgage Foreclosure
  - Quiet Title
  - Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
- Commercial (31)
- Residential (32)
- Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
- Asset Forfeiture (05)
- Petition Re: Arbitration Award (11)
- Writ of Mandate (02)
  - **Writ–Administrative Mandamus**
  - **Writ–Mandamus on Limited Court** Case Matter
  - **Writ–Other Limited Court Case Review.**
- Other Judicial Review (39)
  - Review of Health Officer Order
  - **Notice of Appeal–Labor Commissioner** Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
- Antitrust/Trade Regulation (03)
- Construction Defect (10)
- Claims Involving Mass Tort (40)
- Securities Litigation (28)
- Environmental/Toxic Tort (30)
- Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
- Enforcement of Judgment (20)
  - Abstract of Judgment (Out of County)
- Confession of Judgment *(non-domestic relations)*
- Sister State Judgment
- Administrative Agency Award *(not unpaid taxes)*
- Petition/Certification of Entry of Judgment on Unpaid Taxes
- Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
- RICO (27)
- Other Complaint *(not specified above)* (42)
  - Declaratory Relief Only
  - Injunctive Relief Only *(non-harassment)*
  - Mechanics Lien
  - Other Commercial Complaint Case *(non-tort/non-complex)*
  - Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
- Partnership and Corporate Governance (21)
- Other Petition *(not specified above)* (43)
  - Civil Harassment
  - Workplace Violence
  - Elder/Dependent Adult Abuse
  - Election Contest
  - Petition for Name Change
  - Petition for Relief From Late Claim
  - Other Civil Petition

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

AMANDA MARCEAUX

vs.

COSTCO WHOLESALE CORPORATION, e

Case No.: CIV SB 2428699

## CERTIFICATE OF ASSIGNMENT

A civil action or proceeding presented for filing must be accompanied by this Certificate. If the ground is the residence of a party, name and residence shall be stated.

The undersigned declares that the above-entitled matter is filed for proceedings in the Civil Division of the San Bernardino District of the Superior Court under Rule131 and General Order . of this court for the checked reason:

☒ General ☐ Collection

| | Nature of Action | Ground |
|---|---|---|
| ☐ | 1. Adoption | Petitioner resides within the district |
| ☐ | 2. Conservator | Petitioner or conservatee resides within the district. |
| ☐ | 3. Contract | Performance in the district is expressly provided for. |
| ☐ | 4. Equity | The cause of action arose within the district. |
| ☐ | 5. Eminent Domain | The property is located within the district. |
| ☐ | 6. Family Law | Plaintiff, defendant, petitioner or respondent resides within the district. |
| ☐ | 7. Guardianship | Petitioner or ward resides within the district or has property within the district. |
| ☐ | 8. Harassment | Plaintiff, defendant, petitioner or respondent resides within the district. |
| ☐ | 9. Mandate | The defendant functions wholly within the district. |
| ☐ | 10. Name Change | The petitioner resides within the district. |
| ☒ | 11. Personal Injury | The injury occurred within the district. |
| ☐ | 12. Personal Property | The property is located within the district. |
| ☐ | 13. Probate | Decedent resided or resides within or had property within the district. |
| ☐ | 14. Prohibition | The defendant functions wholly within the district. |
| ☐ | 15. Review | The defendant functions wholly within the district. |
| ☐ | 16. Title to Real Property | The property is located within the district. |
| ☐ | 17. Transferred Action | The lower court is located within the district. |
| ☐ | 18. Unlawful Detainer | The property is located within the district. |
| ☐ | 19. Domestic Violence | The petitioner, defendant, plaintiff or respondent resides within the district. |
| ☐ | 20. Other ______ | ______ |
| ☐ | 21. THIS FILING WOULD NORMALLY FALL WITHIN JURISDICTION OF SUPERIOR COURT | |

The address of the accident, performance, party, detention, place of business, or other factor which qualifies this case for filing in the above-designed district is:

| NAME – INDICATE TITLE OR OTHER QUALIFYING FACTOR | ADDRESS |
|---|---|
| Costco Wholesale | 16505 Sierra Parkway |

| CITY | STATE | ZIP CODE |
|---|---|---|
| Fontana | CA | 92336 |

I declare, under penalty of perjury, that the foregoing is true and correct and that this declaration was executed on October 2, 2024 at Canoga Park, CA, California.

Frank C. Luckenbacher, Esq.
Signature of Attorney/Party

# EXHIBIT 1

**COSTCO WHOLESALE**

ML NUMBER # ____
WAREHOUSE # 1027

## MEMBER FIRST REPORT OF INCIDENT TO BE FILLED OUT BY MEMBER ONLY

1. Name: Amanda Marceaux
   If Minor, Parent/Guardian: ____
   Email Address: ____
3. Your Address (Please include city and postal code): 1150 N Brentwood Ave Rialto CA, 92376
4. Home Phone: (__) ____ Work Phone: (__) ____ Cell Phone: 626 [illegible]-1154
6. Are you a Costco Member? Yes ☑ No ☐ Membership # 111881180096
   If you are a guest of a Member, please identify Costco Member who accompanied you:
   Name: ____ Membership # ____ Telephone # (__) ____
7. Incident date: (dd/mm/yy) 10/15/22 Time incident occurred: 310 AM ☐ PM ☑
8. Description of Incident: I was in line and one of the workers came through trying to move merchandise and with a metal rack he ~~[illegible]~~ accidentally hit me on my knee, but it was heavy
9. Did anyone witness the incident? Yes ☑ No ☐ If yes, please give:
   Name: Worker from vision Address/Phone # ____
   Name: ____ Address/Phone # ____
   Name: ____ Address/Phone # ____
10. Was a Costco employee involved in the incident? Yes ☑ No ☐ If yes, who?
    Employee Name: ____
11. Was anyone injured? Yes ☑ No ☐ If yes, who? myself
    Please describe (injury, illness, property damage): Knee is in pain, and bruising is ~~[illegible]~~ occuring.
12. Do you intend to seek medical treatment: Yes ☑ No ☐ If yes, name of doctor or hospital:
    Not sure yet

By signing below, you acknowledge and agree that Costco, its vendors and its service providers (including Gallagher Bassett) may be collecting, using or disclosing the personal information you have provided to investigate and address the reported incident, in accordance with our Privacy Policy (www.costco.ca/privacy-policy.html), and that you have obtained the consent of other individuals before providing us with their personal information. Some of this information may be stored in the United States or other countries and may be accessible under foreign law. During the course of the investigation you may withdraw your consent at any time. If you do so, it may not be possible to complete our investigation and finalize your claim.

MEMBER SIGNATURE: [signature] DATE: (dd/mm/yy): 10/15/22 TIME: 3:35 AM ☐ PM ☑

DISTRIBUTION: Copy: Email: GB-Costco-Canada-Mail@gbtpa.com
Copy: Warehouse Manager
Copy: Email Regional Manager
Copy: Member (Upon Request)

Rosa

SF03CN

Rev. October 2017

**10. Invoice Review** - Verify that the invoice is complete with specifications, service notes, release signatures, etc.